JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFFER KAZIMI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC., a Illinois Corporation, and DOES 1 through 20, Inclusive,<br><br>Defendants. | Case No. 2:24-cv-02361-AB-MBK<br><br>**[PROPOSED] ORDER GRANTING DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

Having reviewed and considered the parties' Joint Stipulation for Dismissal of Entire Action with Prejudice, the Court **GRANTS** the Stipulation.

IT IS HEREBY ORDERED that the case entitled *Jenniffer Kazimi v. Sedgwick Claims Management Services, Inc.*, Case No. 2:24-cv-02361-AB-MBK be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 8, 2025

_____
HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE

1